

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00107-CR

**JOHN TREMAINE JONES,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 39,241

## O R D E R

This proceeding was abated to determine what happened to State's Exhibit 2. The trial court's finding on abatement was that State's Exhibit 2 is lost and cannot be replaced. However, the trial court was able to give a fairly detailed description of the content of the exhibit, which was a video, based upon his personal recollection which he placed upon the record without objection.

Notwithstanding that counsel has already filed a motion to withdraw and an *Anders* brief in support thereof, in an abundance of caution, the Court believes it is

appropriate to give counsel the opportunity to file a supplemental or amended brief which addresses the impact, if any, of the trial court's finding regarding State's Exhibit 2, in light of the trial court's recollection recited into the record, on the motion to withdraw and *Anders* brief in support.

A supplemental or amended brief, if any, must be filed within 14 days from the date of this order. If a supplemental or amended brief is not received, the Court will presume counsel's opinion regarding the merits of the appeal have not changed.

Jones has already filed a pro se response explaining why we should closely examine the issue regarding the missing exhibit. A further response from Jones is unnecessary.

If a supplemental or amended brief is filed by Jones's counsel, the State will have 14 days in which to file a response, if it chooses to do so.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed June 20, 2018

